Form fnldec (10/05)

# UNITED STATES BANKRUPTCY COURT
## District of Maryland
Greenbelt Division
6500 Cherrywood Lane, Ste. 300
Greenbelt, MD 20770

**Case No.:  09–35289    Chapter:  7**

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Kevin R Gardner<br>aka Kevin Randolph Gardner<br>5150 McLauren Lane<br>Frederick, MD 21703 | Joanne Gardner<br>aka Joanne Sherwood, aka Joanne Sherwood Gardner<br>5150 McLauren Lane<br>Frederick, MD 21703 |
| Social Security No.:   xxx–xx–2513 | xxx–xx–1904 |
| Employer's Tax I.D. No.: | |

Petition for Relief under Chapter 7 of Title 11, U.S. Code, filed by or against the above−named Debtor(s) on 12/29/09

## FINAL DECREE

The estate of the above−named debtor(s) has been fully administered.

IT IS ORDERED THAT:

Michael G. Wolff is discharged as trustee of the estate of the above−named debtor; and the chapter 7 case of the above named debtor is closed.

Dated: 4/29/10

*Paul Mannes*
U.S. Bankruptcy Judge